UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
DARRYL STEPHENS,                        :
                                        :
                    Petitioner,         :
                                        :           05 Civ. 5320(JSR)
            -v.-                        :
                                        :              ORDER
DALE ARTUS,                             :
                                        :
                    Respondent.         :
----------------------------------------X
                                        
JED S. RAKOFF, U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-13-07
```

     On August 29, 2006, the Honorable Ronald L. Ellis, United

States Magistrate Judge, issued a Report and Recommendation in

the above-captioned matter recommending that this petition for

habeas corpus be denied.

     Petitioner has failed to file any objection to the Report

and Recommendation, and, for that reason alone, has waived any

right to review by this Court.  See Thomas v. Arn, 474 U.S. 140,

147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758,

766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr.

Facility, 219 F.3d 162, 174 (2d Cir. 2000).  Accordingly, the

Court hereby adopts the Report and Recommendation, and, for the

reasons therein, dismisses the petition with prejudice.  In

addition, because petitioner has not made a substantial showing

of the denial of a constitutional right, a certificate of

appealability will not issue, see 28 U.S.C. § 2253, and the Court

certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from

this Order would not be taken in good faith.  Moreover, as

petitioner's claim lacks any arguable basis in law or fact,

permission to proceed in forma pauperis is also denied.  28

U.S.C. § 1915(g); see also Seimon v. Emigrant Savs. Bank (In re

Seimon), 421 F.3d 167, 169 (2d Cir. 2005).  Clerk to enter

judgment.

        SO ORDERED.

                        _____
                        JED S. RAKOFF, U.S.D.J.

Dated:    New York, New York
           February 13, 2007

2